# IN THE UNITED STATES DISTRICT COURT FOR THE

# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA**     ) | |
| ) | |
| **Plaintiff,**     ) | |
| ) | **Case No: CR-08-121-R** |
| v.     ) | |
| ) | |
| **SAMUEL GREGORY COPE**     ) | |
| ) | |
| **Defendant.**     ) | |

### JUDGEMENT AND COMMITMENT ORDER ON
### REVOCATION OF SUPERVISED RELEASE

On April 13, 2010, this matter came before the Court for a hearing on the Request for Summons and Modification of the Conditions or Terms of Supervision (Doc. 6) filed by the United States Probation Office on March 25, 2010. Assistant U.S. Attorney Brandon Hale represented the United States, Mr. William P. Earley appeared for the defendant, and the defendant appeared in person. U.S. Probation Officer Jeff Yowell appeared for the United States Probation Office.

The defendant was advised of the allegations contained in the Petition. Officer Yowell testified, the United States offered three exhibits, and defendant testified. Both counsel made arguments as to disposition.

Based upon the evidence presented, this Court finds that the defendant has violated the conditions of his Supervised Release as alleged in the Petition. In light of

violation number 1, this Court orders defendant to totally abstain from alcohol. But this Court declines to order defendant to participate in and complete Moral Reconation Therapy. Regarding violation number 2, this Court grants defendant an exception to Standard Condition number 9 with respect to Ms. Catina Thomas, a convicted felon. Defendant may continue to associate with and live with her.

    IT IS SO ORDERED this 15th day of April, 2010.

*/s/ David L. Russell*
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE